IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSE ISRAEL CASTILLO PADILLA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:16-cv-01808-JDB |
| v. | : | |
| | : | |
| KU-WASHINGTON CORP., ET AL., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-captioned action, with prejudice.

                Respectfully submitted,

                STEIN SPERLING BENNETT
                DE JONG DRISCOLL PC

By:     /s/ *Mary Craine Lombardo*
                Mary Craine Lombardo (495881)
                25 West Middle Lane
                Rockville, Maryland 20850
                301-340-2020
                301-354-8126 (facsimile)
                mlombardo@steinsperling.com

                *Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4858540_1